JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID MOTTAHEDEH, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minneapolis Corporation and DOES 1 to 50 inclusive<br><br>　　　　Defendants. | **CASE NO. 2:23-cv-05284-KK-E**<br><br>Judge: Hon. Kenly Kiya Kato<br>Courtroom 3<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>State Action Filed: May 22, 2023<br>Removal:  July 3, 2023 |

On January 5, 2024, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein against Target Corporation, with prejudice, to the Court. Accordingly, this action and all claims herein against Target Corporation are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: January 8, 2024

_____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO DISMISS ENTIRE ACTION